83,760-01

October 12, 2105

Court of Crimianl Appeals
PO Box 12308
Austin, Texas 78711-2308

RE: No. WR-83,760-01
    EX PARTE DYLAN TAYLOR
    T/C No. 67515-A

Dear Court Clerk,

Please find enclosed my Applicant's Reply To Judge Hardin's Filing to be filed and presented to the Honroable Court of Criminal Appeals for consideration relating the habeas corpus application in the above styled numbered cause.

Please note that on this date, a true and correct copy has been served upon the Honorable Judge Hardin and Ms. Melinda Fletcher.

I would respectfully request to be notified upon receipt of this pleading and any Court issued Order regarding the habeas application when made.

Thank you for your time and assistance in this matter, it is greatly appreciated and welcomed. I await the Court's action in this habeas case.

Sincerely,

x [signature]

Dylan Taylor
Applicant Pro Se
TDCJ-Id # 1526742
Smith Unit
1313 CR 19
Lamesa, Texas 79331

enclosure(s): 1 (2 pgs)

cc: file
    Hon. Ben Hardin
    Ms. Melinda Fletcher

**RECEIVED IN
COURT OF CRIMINAL APPEALS**

**OCT 19 2015**

**Abel Acosta, Clerk**

IN THE
COURT OF CRIMINAL APPEALS
OF TEXAS

§

EX PARTE                                                          NO. WR-83,760-01

§

DYLAN TAYLOR                                                 T/C NO. 67515-A

§

APPLICANT'S REPLY TO
JUDGE HARDIN'S FILING

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW, Dylan Taylor, Applicant Pro Se, in the above styled numbered cause, respectfully files and submits this his Applicant's Reply To Judge Hardin's Filing relating to this Court's per curiam Order of September 16, 2015 regarding application for writ of habeas corpus. Taylor shows the Court the following as reply to Judge Hardin's letter filing.

1. Taylor is still unlawfully restrained of his liberty and incarcerated due to this matter. There has been **NO** Order to set aside Nun Pro Tunc Judgment. This Judgment is still being enforced.

2. The Honorable Judge Hardin has failed to include Applicant's Proposed Finding of Facts and Conclusions of Law which Taylor filed with the court.

3. It still has not been found in the record or disclosed as to who, what when or why the Nunc Pro Tunc Judgment was entered. Who requested and brought it to the Court's attention? When was this motion for Nunc Pro Tunc Judgment filed, cause Taylor did not recieve a copy? Taylor contends this is an important fact as this action by the Court to issue the Nunc Pro Tunc Judgment came over two years after the conviction.

4. The letter from Ms. Fletcher of September 4, 2015 clearly states the stance the Special Prosecution Unit (State) regarding the habeas application and issues raised. The Special Prosecution Unit readily agrees that Taylor is entitled to habeas relief, based essentially on Constitutional violation of Double Jeopardy Clause.

5. Taylor request for this Court to take immediate action on this applicaiton for writ of habeas corpus; that this Court issue an Order for relief and that this Court Order the immediate release without delay of Taylor from incarceration upon granting habeas relief.

PRAYER

WHEREFORE, PREMISES CONSIDERED, the Applicant Dylan Taylor, prays this Honorable Court grants habeas relief and enters an Order for Taylor's immediate release without delay from this unlawful restraint and incarceration in TDCJ, in the interest of justice.

DATED: October 12, 2015

Respectfully Submitted,

X _(signature)_

Dylan Taylor
Applicant Pro Se
TDCJ-ID # 1526742
Smith Unit
1313 CR 19
Lamesa, Texas 79331

I, Dyaln Taylor, declare under penalty of perjury that the foregoing is true and correct, and further certify that a true copy has been served upon the following: Hon. Ben Hardin, 23rd District Corut Judge, 111 E. Locust, RM. 404, Angleton, TX 77515 and Ms. Melinda Fletcher, Special Prosecution Unit, PO Box 1744, Amarillo, TX 79105, by placing in the Smith Unit/TDCJ Prison Legal Mail System on this the 12th day of October, 2015.

X _(signature)_

Dylan Taylor
TDCJ-ID # 1526742
Applicant Pro Se